Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2026 MAR -4  AM 11: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
   v.
PLAINTIFF

LEO GRILLO
USMS# _____
DEFENDANT

CASE NUMBER: 2:26-mj-01215-DUTY

REPORT COMMENCING CRIMINAL ACTION

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 3/3/2026 at 11:15 ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. Section 1201 - Kidnapping

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1949

8. Defendant has retained counsel:  ☐ No
   ☒ Yes   Name: Unknown                Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): Defendant clearly stated he would use his own attorney but didn't provide information.

11. Name: Robert McElroy                (please print)

12. Office Phone Number: 424-280-0993            13. Agency: FBI

14. Signature: /s/                                15. Date: 3/4/2026