**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| | PLAINTIFF | ☑ LA ☐ RS ☐ SA    DATE FILED: 3/3/2026 |
| | | CASE NUMBER: 2:26-mj-01215-DUTY    ☐ Under Seal |
| v. | | INIT. APP. DATE: 3/4/2026    TIME: 1:30 PM |
| Leo Grillo | | CHARGING DOC: ~~PO Warrant~~ *Complaint* |
| | | DEFENDANT STATUS: In Custody |
| | DEFENDANT. | ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT |
| | | VIOLATION: 18:1201(d) |
| | | COURTSMART/REPORTER: CS 03/04/26 |

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE   Michael B. Kaufman | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

PRESENT:   James Munoz _____ Kevin Reidy _____ N/A _____
_Deputy Clerk_              _Assistant U.S. Attorney_        _Interpreter / Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Aden Kahssai _____ ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution Ordered (see separate order) ☐ Special appearance by: _____ ☐ CJA 1-Day Provisional Appt _____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☑ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☑ Preliminary Hearing set for 3/17/26 at 11:30AA in Los Angeles

☑ Post-Indictment Arraignment set for: 3/23/26 at 11:30AM in Los Angeles

☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____.

☐ Case continued to (Date) _____ (Time) _____ AM / ☐ PM

☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (if issued using Release Book: Release Order No. _____).

☐ Other: _____

_RECEIVED:_ ☑ PSA ☑ PROBATION ☐ FINANCIAL ☑ CR-10 ☐ READY

Deputy Clerk Initials: 26

M-5 (11/25)          CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE          Page 1 of 1